**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Janison VEAL, a/k/a Jason,
Defendant–Appellant.**

**No. 13–6016.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2013.

Decided: March 29, 2013.

Janison Veal, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janison Veal appeals the district court's order denying his Fed.R.Crim.P. 36 motion to correct a clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Veal*, No. 3:02–cr–00043–JPB–JES–1 (N.D.W.Va. Dec. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*